UNITED STATES of America,
Plaintiff-Appellee,

v.

Alan GUEST, Defendant-Appellant.

No. 15-13065
Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

(April 24, 2017)

R. Brian Tanner, Carlton R. Bourne, Jr., Brian T. Rafferty, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, for Plaintiff-Appellee

Before JORDAN, JULIE CARNES and JILL PRYOR, Circuit Judges.

PER CURIAM:

David McCrea, appointed counsel for Alan Guest in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Guest's conviction and sentence is **AFFIRMED**.